IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:17cr124 |
| MAURICE HOWARD, SR., | : | JUDGE WALTER H. RICE |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 8/15/2017 |
| Jury Trial Date | 10/16/2017 |
| Final Pretrial Conference (by telephone) | **Tuesday, 10/10/2017 at 5:00 pm** |
| Motion Filing Deadline | |
|     Oral and Evidentiary Motions | 9/5/2017 |
|     Other Motions | 9/18/2017 |
| Discovery Cut-off | 9/25/2017 |
| Speedy Trial Deadline | 10/16/2017 |
| Discovery out – Plaintiff to Defendant | **by close of business 8/18/2017** |

August 25, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE